UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                         Case No. 19-23230-JKO
                                                                               Chapter 13
Nelida Eugenia Coelho,

_____Debtor_____/

## RENEWED MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE HELD BY CREDITOR, BANK OF AMERICA, N.A.

Debtor, Nelida Eugenia Coelho (hereinafter "Debtor"), by and through undersigned counsel, hereby files this Motion to Avoid Judicial Lien on Real Estate Held by Creditor, Bank of America, N.A. and in support thereof states as follows:

1. Debtor commenced this case on October 1, 2019 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a judicial lien held by Bank of America, N.A. (hereinafter "creditor") on real property used as the debtor's residence, under 28 U.S.C. Sec. 1334.

3. Debtor owns the property located at 773 Tanglewood Circle, Weston, Florida 33327, and more particularly described as follows:

> Lot 19, Block 1, SECTOR 3- PARCELS H, I, J, K & L, according to the Plat thereof as recorded in Plat Book 159, Page 48, of the Public Records of Broward County, Florida

(hereinafter the "Property" or "Residence").

4. The Property is the Debtor's primary residence. Debtor purchased the real property on June 17, 2004.

5. Creditor, BANK OF AMERICA, N.A. (hereinafter "Creditor") recorded a judicial lien on Debtor's Residence. The said judicial lien is entered of record as follows:

1

Case Style: BANK OF AMERICA, N.A. v. NELIDA E. COELHO

Case No.: COWE-17-022844

Court: Circuit Court in Broward County, Florida

Total: $9,081.33 bearing interest at the statutory rate

Recorded on January 29, 2018 at Instrument Number 114857061 in the public records of Broward County, Florida and a certified copy recorded on February 21, 2018 at Instrument Number 114903343 in the public records of Broward County, Florida

Copies of the recorded judgments are attached hereto as Exhibit "A".

6. Debtor's interest in the property referred to in the preceding paragraphs and encumbered by the lien has been claimed as fully exempt in her bankruptcy case.

7. The existence of the judgment lien on debtor's real property impairs exemptions to which Debtor would be entitled under 11 U.S.C. Sec. 522(b). As such, the Debtor seeks to avoid the judicial lien on the exempted homestead property.

WHEREFORE, Debtor requests this Court enter an order against Bank of America, N.A. avoiding and canceling the judicial lien on the Property and such other and further relief as is proper.

Dated: January 21, 2020.

2

Respectfully Submitted,

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1.

Law Office of Richard R. Robles, P.A.
Attorney for Debtor
905 Brickell Bay Drive
Four Ambassadors
Tower II, Mezzanine, Suite 228
Miami, Florida 33131
Telephone: (305) 755-9200
Facsimile: (305) 755-9270
Primary e-mail:       rrobles@roblespa.com
Secondary e-mail:  nrossoletti@roblespa.com
                              lmartinez@roblespa.com

/s/ Richard R. Robles, Esquire
Richard R. Robles, Esquire
Florida Bar No. 0088481

3

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/29/2018 11:22:57 AM.****

IN THE COUNTY COURT IN AND
FOR BROWARD COUNTY, FLORIDA
CASE NO: COWE-17-022844

BANK OF AMERICA, N.A.

                Plaintiff

vs.

NELIDA E COELHO

                Defendant(s)
_____/   DEFAULT FINAL JUDGMENT

THIS CAUSE having come on before me upon the motion of the Plaintiff herein, and the Court finding that a Default was entered, and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that:

Plaintiff whose address is 655 Papermill Road Newark, DE 19711 shall recover from Defendant(s) NELIDA E COELHO the principal sum of $8,716.83 and court costs in the amount of $364.50, for all of the above let execution issue. Plaintiff shall be entitled to post-judgment costs incurred in the execution of the judgment pursuant to Florida Statute.

IT IS FURTHER ORDERED AND ADJUDGED THAT:

The Defendant(s) shall complete under oath the Fact Information Sheet including all required attachments, and return it to the Plaintiff's attorney, within 45 days from the date of this Judgment, unless the Judgment is satisfied or a post judgment discovery is stayed.

        Jurisdiction of this case is retained to enter further orders that are proper to compel the Defendant(s) to complete the Fact Information Sheet and return it to the Plaintiff's attorney.

        DONE AND ORDERED in Broward County, Florida on this the _____ day of _____, 20__.

_____
COUNTY COURT JUDGE

Copies furnished to:
HAYT, HAYT & LANDAU, P.L.
7765 SW 87 Ave, Suite 101
Miami, Florida 33173

NELIDA E COELHO
773 TANGLEWOOD CIR
WESTON, FL 33327-1839
Our File # 336820
Last 4 Digits of Account # 8211


EXHIBIT A

Instr# 114857061 , Page 1 of 1, Recorded 01/29/2018 at 12:31 PM
Broward County Commission

2.

\*\*\*\* FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/29/2018 11:22:57 AM.\*\*\*\*

IN THE COUNTY COURT IN AND
FOR BROWARD COUNTY, FLORIDA
CASE NO: COWE-17-022844

BANK OF AMERICA, N.A.

               Plaintiff

vs.

NELIDA E COELHO

               Defendant(s)
_____/      DEFAULT FINAL JUDGMENT

      THIS CAUSE having come on before me upon the motion of the Plaintiff herein, and the Court finding that a Default was entered, and being otherwise fully advised in the premises, it is:

      ORDERED AND ADJUDGED that:

      Plaintiff whose address is 655 Papermill Road Newark, DE 19711 shall recover from Defendant(s) NELIDA E COELHO the principal sum of $8,716.83 and court costs in the amount of $364.50, for all of the above let execution issue. Plaintiff shall be entitled to post-judgment costs incurred in the execution of the judgment pursuant to Florida Statute.

      IT IS FURTHER ORDERED AND ADJUDGED THAT:

      The Defendant(s) shall complete under oath the Fact Information Sheet including all required attachments, and return it to the Plaintiff's attorney, within 45 days from the date of this Judgment, unless the Judgment is satisfied or a post judgment discovery is stayed.

      Jurisdiction of this case is retained to enter further orders that are proper to compel the Defendant(s) to complete the Fact Information Sheet and return it to the Plaintiff's attorney.

      DONE AND ORDERED in Broward County, Florida on this the _____ day of _____, 20__.

COUNTY COURT JUDGE

Copies furnished to:
HAYT, HAYT & LANDAU, P.L.
7765 SW 87 Ave, Suite 101
Miami, Florida 33173

NELIDA E COELHO
773 TANGLEWOOD CIR
WESTON, FL 33327-1839
Our File # 336820
Last 4 Digits of Account # 8211